## People of the State of Illinois, Appellant, v. Frank Nardone, Appellee.

Gen. No. 49,115. ■■■■■■■

First District, Second Division.

October 1, 1963.

■■■■■■ William G. Clark, Attorney General, of Springfield (Daniel P. Ward, State's Attorney of Cook County, Fred G. Leach and E. Michael O'Brien, Assistant Attorneys General, and Rudolph L. Janega and James R. Thompson, Assistant State's Attorneys, of counsel), for appellant. No brief filed for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.